IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FRANCINE HAWKINS                                             PLAINTIFF

v.                      No. 4:21-cv-759-DPM

COUNSELING AND EDUCATION
CENTER, INC.; CITY OF HELENA-WEST
HELENA, ARKANSAS; and KEVIN
SMITH, Individually and in His Official
Capacity as Mayor of Helena-West
Helena, Arkansas                               DEFENDANTS

ORDER

      The City of Helena-West Helena and Smith move to dismiss because Hawkins has failed to respond in time to various discovery requests and has not made her initial disclosures. The motion, *Doc. 42*, is denied without prejudice. The City and Smith acknowledge that most of their interrogatories have now been answered. As of 31 May 2022, Hawkins had not yet turned over any documents in response to, or made any objections to, the requests for production. Hawkins's defaults are concerning, especially in light of counsel's assurances over many months that he would attend to them. But the Court will not impose any sanctions at this time. The Court takes counsel at his word that his health issues were severe and extended. Hawkins must make her initial disclosures, respond to (or earnestly object to) the remaining interrogatory, and produce (or earnestly object to producing) the

documents requested by 20 July 2022. She must file a status report about her compliance or noncompliance by 21 July 2022. If she fails to do so, then the Court will reinstate the motion and grant it.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 July 2022