IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FRANCINE HAWKINS                                                                PLAINTIFF

v.                                  No. 4:21-cv-759-DPM

COUNSELING AND EDUCATION
CENTER, INC.; CITY OF HELENA-WEST
HELENA, ARKANSAS; KEVIN SMITH,
Individually and in His Official Capacity
as Mayor of Helena-West Helena,
Arkansas; PHILLIPS COUNTY
DEVELOPMENT CENTER; and
ARKANSAS DEPARTMENT OF
HUMAN SERVICES                                                              DEFENDANTS

## JUDGMENT

Hawkins's Title VII claim against the City and Mayor Smith, her state-law defamation claim, and her claims against the Arkansas Department of Human Services are dismissed without prejudice. The remaining claims are dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 October 2023